Edwin S. Wall, Wyo. Bar No. 5-2728
Wall Law Office
43 East 400 South
Salt Lake City, Utah 84111
Ph: (801) 746-0900
Fax: (801) 364-3232
Email: edwin@edwinwall.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NOTICE OF JOINDER |
| Plaintiff, | ) | |
| v. | ) | |
| DEVIN DUTSON, | ) | Case No. 19CR171 |
| Defendant. | ) | Hon. ALAN JOHNSON |

The Defendant, Devin Dutson, through his lawyer, Edwin S. Wall, hereby gives notice that he joins in defendant Gregory Benntt's Motion to Continue Jury Trial (document77), docketed on March 31, 2020.

DATED April 3, 2020.

/s/ Edwin S. Wall
Edwin S. Wall
Attorney for the Defendant

## CERTIFICATE OF SERVICE

    I, Edwin S. Wall, hereby certify that on April 3, 2020, I served a copy of the attached NOTICE OF JOINDER upon the counsel for the Plaintiff in this matter by CM/ECF or, if not available, by mailing it by first class mail with sufficient postage prepaid to the following address:

    Eric Heimann, Esq.  AUSA
    United States Attorneys Office
    2120 Capitol Avenue, Suite 4000
    Cheyenne, WY 82001

_____
Edwin S. Wall,
Attorney for the Defendant

Edwin S. Wall, A7446
ATTORNEY AT LAW
43 East 400 South
Salt Lake City, Utah 84111
Ph: (801) 746-0900  Fx: (801) 364-3232
Electronic Notice: edwin@edwinwall.com

2