Jamie M. Woolsey
Sandefer & Woolsey, Trial Lawyers LLC
143 North Park Street
Casper, WY 82601
PHONE (307) 232-1977; FAX (307) 333-6508
Email: jamie@swtriallawyers.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 19-CR-171-ABJ-2 |
| ) | |
| GREGORY J. BENNETT, ) | |
| ) | |
| Defendant. ) | |

### UNOPPOSED MOTION TO MODIFY THE CONDITIONS OF RELEASE TO ALLOW DEFENDANT TO TEMPORARILY LEAVE WYOMING

COMES NOW, the Defendant, Gregory J. Bennett, by and through his attorney Jamie M. Woolsey hereby moves the Court to permit the Defendant to temporarily leave the State of Wyoming to travel to Draper, Utah on October 22, 2020 for his employer. Defendant is employed by Midway Auto and RV who has purchased a motorhome, which needs to be picked up in Draper, Utah. If Defendant is permitted to travel, he will drive to Draper, Utah and then return to the State of Wyoming the same day.

Eric Heimann, Assistant United States Attorney, has reviewed the request and has no objection to this motion.

DATED and SIGNED this 15th day of October, 2020.

/s/ Jamie M. Woolsey
Jamie M. Woolsey (WSB # 6-3985)

2

Sandefer & Woolsey, Trial Lawyers, LLC
143 N. Park Street
Casper, WY 82601
(307) 232-1977

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing was served this 15th day of October, 2020, as follows:

| | |
|---|---|
| United States Attorney's Office | [_] U.S. MAIL |
| Eric Heimann | [_] HAND DELIVERY |
| 2120 Capitol Ave, Suite 4000 | [_] EMAIL |
| Cheyenne, WY 82001 | [_] FACSIMILE |
| | [X] CM/ECF |

/s/ Jamie M. Woolsey
Jamie M. Woolsey