

FILED

5:10 pm, 2/17/22

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> VS. <br><br> MATTHEW TY BARRUS, GREGORY J. BENNETT, and DEVIN E. DUTSON, <br><br> Defendants. | Case No. 19-CR-00171-ABJ |

**ORDER DENYING THE ATTORNEY GENERAL'S MOTION TO QUASH SUBPOENA, ECF No. 249**

THIS MATTER comes before the court on the Attorney General's *Motion to Quash Subpoena*, ECF No. 249. This court held a hearing on this motion on February 17, 2022. Having considered the filings, applicable law, and being otherwise fully advised, the court finds the Attorney General's *Motion to Quash Subpoena*—ECF No. 249— should be **DENIED**.

The Attorney General asks this court to quash a subpoena requiring Department of Family Services employee Robert Hyde to appear at trial. ECF No. 249 at 1. The Attorney General argues that Wyoming makes all information, reports, or records or contents of reports and records in juvenile delinquency proceedings, as well as the existence of such information, confidential under the Juvenile Justice Act. Wyo. Stat.

1

Ann. § 14-6-203(g). This statute allows the release of such information in limited circumstances. Wyo. Stat. Ann. § 14-6-203(g)(i)-(vii). And the Attorney General argues Defendants have not shown that any of those circumstances are met here.

To assuage the Attorney General's concerns, this court limits any questioning of Mr. Hyde to questions about his general observations of the NWTC program. The parties are not permitted to ask Mr. Hyde any questions about any specific patient. They are also not permitted to ask any questions which would elicit personal, confidential, or otherwise identifying information about any patients.

For these reasons, it is **ORDERED**:

The Attorney General's *Motion to Quash Subpoena*—ECF No. 249—is **DENIED**.

Dated this 17th day of February, 2022.

Alan B. Johnson
United States District Judge